IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Thomas J. Dalton, ) | C/A No. 0:10-1589-JFA-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Sheriff Kenny Boone; Major J. Norris; Captain ) | |
| J. W. Brunson; Maria B., mailroom employee, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The plaintiff, Thomas J. Dalton, filed this civil action pursuant to 42 U.S.C. § 1983. On August 26, 2010, the plaintiff filed a notice of change of address which also indicated that personal identifying information had been included in the caption of his case and requested that this information be removed. (ECF No. 17.) The Clerk of Court is hereby directed to identify the parties on the court's Electronic Case Filing System as they appear in the caption of this order. The caption is amended accordingly. The Clerk of Court is further directed to redact any personal identifying information contained in the caption of the court's previous orders issued June 28, 2010 and July 30, 2010 as well as the plaintiff's August 26, 2010 filing. (ECF Nos. 7, 12, & 17.)

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

August 30, 2010
Columbia, South Carolina